COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:     Julian Mendoza Orozco v. The State of Texas

Appellate case number:   01-15-00777-CR

Trial court case number:   1976824

Trial court:             County Criminal Court at Law No. 8 of Harris County

Appellant's brief requests that the appeal be abated for the trial court to enter findings of fact and conclusions of law regarding the denial of his motion to suppress. The State subsequently filed a "Motion to Abate the Appeal and Remand the Cause to the Trial Court to Enter Findings of Fact and Conclusions of Law." The State's motion, which echoes the request in the appellant's brief for the same relief, is **granted**.

Appellant was convicted of possession of a Class B misdemeanor amount of marijuana and sentenced to 180 days in Harris County Jail, probated for one year. During the trial and outside of the presence of the jury, the trial court held a hearing on appellant's motion to suppress evidence on the basis of unlawful search and seizure. The trial court denied the motion and appellant requested findings of fact and conclusions of law. Neither the clerk's record nor the reporter's record contain the requested findings of fact or conclusions of law regarding appellant's motion to suppress.

The Court of Criminal Appeals has stated a trial court must make findings of fact and conclusions of law when requested by the losing party on a motion to suppress evidence. *See State v. Cullen*, 195 S.W.3d 696, 699-700 (Tex. Crim. App. 2006). Accordingly, we abate the appeal and remand for the trial court to enter written findings of fact and conclusions of law regarding the denial of appellant's motion to suppress. The trial court shall make the appropriate findings and conclusions and shall cause them to be filed with the trial court clerk within 30 days of the date of this order. We further order the trial court clerk to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law with this Court within 40 days of the date of this order.

Appellant shall file an amended brief within 30 days after the supplemental clerk's record containing the findings of fact and conclusions of law is filed in this Court. The State's brief is due within 30 days after appellant's amended brief is filed. The State's motion for an extension of time is dismissed as moot.

This appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket without further order of the Court when the supplemental clerk's record is filed in this Court.

It is so ORDERED.


Judge's signature:  /s/ Michael Massengale
                            ☑ Acting individually    ☐ Acting for the Court


Date:  July 21, 2016